# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-1605

_____

Blake Jones

*Plaintiff - Appellant*

v.

McKee Foods Corporation

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: November 22, 2019
Filed: November 27, 2019
[Unpublished]

_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Blake Jones appeals the district court's[1] adverse grant of summary judgment in his action claiming employment discrimination and retaliation. Having carefully

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (reviewing de novo grant of summary judgment). Accordingly, we deny Jones's motion to supplement the record, and we affirm. *See* 8th Cir. R. 47B.

_____